MEMORANDUM OPINION


No. 04-09-00415-CR


 

IN RE Juan ENRIQUEZ



Original Mandamus Proceeding (1)


PER CURIAM


Sitting: Karen Angelini, Justice

 Phylis J. Speedlin, Justice

 Steven C. Hilbig, Justice

 

Delivered and Filed: July 29, 2009


PETITION FOR WRIT OF MANDAMUS DENIED

 On July 9, 2009, relator Juan Enriquez filed a petition for writ of mandamus, seeking to
compel the trial court to rule on his "Motion for Nunc Pro Tunc Pronouncement of Sentence." The
trial court has informed this court that a hearing has been set for September 15, 2009 to consider
relator's motion. Therefore, we DENY relator's petition for writ of mandamus without prejudice
to re-file the same in the event the trial court fails to rule on relator's motion following the hearing. 
 Additionally, relator filed a request for leave to file his petition for writ of mandamus. No
leave is required to file a petition for a writ of mandamus in this court. Tex. R. App. P. 52. 
Therefore, relator's motion for leave to file is DENIED as moot. 

 PER CURIAM

DO NOT PUBLISH
1. This proceeding arises out of Cause No. 3862, styled State of Texas v. Juan R. Enriquez, in the 81st Judicial
District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.